# Exhibit A

# Affidavit of Process Server

**Fifth Third Bank** vs **Donna L. Malone et al**    1:09cv6578
PLAINTIFF/PETITIONER    DEFENDANT/RESPONDENT    CASE #

Being duly sworn, on my oath, I **WALTER SCHWALM** declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Donna L. Malone**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ **Summons + Complaint**

by serving (NAME) ☒ **UNABLE TO SERVE – AVOIDING SERVICE**

at ☐ Home _____
☐ Business _____
☐ on (DATE) _____ at (TIME) _____

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
  namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
  namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**(Non-Service:)** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☒ **Evading**    ☐ Other: _____
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding    ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: (1) **10/24/09 10:00 AM** (2) **11/05/09 7:00 PM** (3) **11/13/09 7:15 PM** (4) **11/18/09 10:30 AM** (5) **11/22/09 7:00 PM**

**Description:**
☐ Male ☐ White Skin ☐ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☐ Female ☐ Black Skin ☐ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☐ 5'0"-5'3" ☐ 100-130 Lbs.
☐ Yellow Skin ☐ Blond Hair ☐ 36-50 Yrs. ☐ 5'4"-5'8" ☐ 131-160 Lbs.
☐ Brown Skin ☐ Gray Hair ☐ Mustache ☐ 51-65 Yrs. ☐ 5'9"-6'0" ☐ 161-200 Lbs.
☐ Glasses ☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: **SEE ATTACHED REPORT FOR EXPLANATION**

State of Illinois    County of Cook

_Walter Schwalm_
SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me, a notary public, this **2** day of **December**, 20**09**

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

REPORT ON ATTEMPTS TO SERVE THE ATTACHED
SUMMONS ON DONNA MALONE

I attempted to serve the attached summons on Donna Malone at the following dates and times:

1. Oct 24, 10:00 am   I attempted service at the address at 3401 N. Carriageway Dr. Arlington Heights.  The building at this address was a high rise condominium building but when I went in the lobby there was no listing on the mailboxes or apartment bells for "Malone."

2. Nov 5, 7:00 pm   I returned to 3401 N. Carriageway Dr. to see if the name "Sheldon Player" was listed on the lobby mailboxes but it wasn't.  While I was in the lobby there was a home-owners association meeting going on and one of the people at the meeting said he was a former neighbor of the Malone and Player and he said they moved out three years ago.

3. Nov 13, 7:15 pm   I tried the address of 454 N. Aberdeen, Chicago.  The building at that address is surrounded by a fence and there is a "scroll" on the gate which lists the residences and the name "Malone" is listed with a code to type in which calls the apartment for Malone.  There was no answer when I pressed the code for Malone., however while I was standing outside the building a young man came

out who said he was Donna Malone's son-in-law. He said he didn't live with Donna Malone but that she did live in the building and was out of town but would be back on Wednesday Nov. 18 during the day.

4. Nov 18, 10:30 am  I tried the 454 Aberdeen address again on Wednesday during the day as Donna Malone's son-in-law had suggested, but there was no answer when I called the code for her apartment.

5. Nov. 22, 7:00 pm  I returned to 454 Aberdeen, but there was no answer at Donna Malone's apartment when I tried to call her from the phone from her gate in front of the building. So I rang the code for another nearby apartment for "Andy Klugman". Mr. Klugman answered the phone on his cell phone and walked out on the balcony of the 2d floor apartment so I could see him from where I was on the sidewalk outside the building. He was holding his cell phone talking to me while I was talking to him on the gate phone. He told me that he was Donna Malone's next door neighbor. I asked him if he could go next door and knock on her door for me to see if she was home. He said he would, and while he he was talking to me on the cell phone he walked over to her apartment and she answered the door for him. I could hear her talking to him but she wouldn't come down and open the lobby door for me. Mr. Klugman came back out on the balcony of his apartment and said he didn't want to get involved anymore and hung up on me.

Because of the events of my final visit to Donna Malone's building on Nov 22 at 7:00 pm I believe Donna Malone is avoiding service of these papers.

*Walter Schwalm* 12/1/09

Walter Schwalm

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Fifth Third Bank, an Ohio banking corporation, successor by merger with Fifth Third Bank, a Michigan banking corporation

CASE NUMBER: 1:09-CV-6578

V.

ASSIGNED JUDGE: HONORABLE ROBERT M. DOW, JR.

Donna L. Malone and Mark W. Anstett

DESIGNATED
MAGISTRATE JUDGE: HONORABLE GERALDINE SOAT BROWN

TO: (Name and address of Defendant)

Donna L. Malone
3401 N. Carriageway Drive
Arlington Heights, IL 60004

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick T. Stanton
Dykema Gossett, PLLC
10 S. Wacker Dr., Ste. 2300
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK

October 21, 2009
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

_____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

       Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

_____

_____

    G  Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

      I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                    *Signature of Server*

_____
*Address of Server*

AO 440 (Rev. 05/00) Summons in a Civil Action

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.