# Exhibit B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FIFTH THIRD BANK, an Ohio banking
corporation, successor by merger with Fifth
Third Bank, a Michigan banking corporation,

        Plaintiff,

      v.

DONNA L. MALONE and
MARK W. ANSTETT,

        Defendants.

Case No. 1:09-cv-6578

The Honorable Robert M. Dow, Jr.

The Honorable Geraldine Soat Brown

## DECLARATION OF AMY R. JONKER

    I, Amy R. Jonker, pursuant to 28 U.S.C. § 1746, make the following declaration under penalty of perjury:

    1.    I am an attorney, admitted to practice law in Illinois and in the United States District Court for the Northern District of Illinois. My Illinois bar number is 62831174.

    2.    I am employed by the law firm of Dykema Gossett PLLC. I am one of the attorneys at Dykema Gossett PLLC that represents plaintiff Fifth Third Bank in the above captioned lawsuit and have reviewed the file for this matter.

    3.    As further detailed below, Fifth Third has diligently inquired as to the location of defendant Donna L. Malone ("Malone") and reasonable efforts to serve her have been unsuccessful.

    4.    In its efforts to locate and serve Malone, Fifth Third located two residential addresses for her:

        (a)    3401 N. Carriageway Drive
                 Arlington Heights, Illinois 60004

        (b)    454 N. Aberdeen Street
                 Unit 25
                 Chicago, Illinois 60602.

    5.    Fifth Third has attempted to serve Malone at both addresses and has confirmed that Malone no longer resides at the Arlington Heights address and currently resides at the Chicago address. *See* Affidavit of Process Server attached to Motion to Approve Alternative Service as Exhibit A.

6.      Service on Malone is impractical under 735 ILCS 2-203(a) because Malone refuses to answer when the process server calls through the call box located at her apartment building at the Chicago address and refuses to permit a process server entry to the building so that personal service can be affected.  *See* Affidavit of Process Server to Motion to Approve Alternative Service, attached as Exhibit A, ¶5.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on December 10, 2009.

Signed:

Amy R. Jonker

CHICAGO\2833821.1
ID\ARJ - 105710/0006