**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FIFTH THIRD BANK, an Ohio banking corporation, successor by merger with Fifth Third Bank, a Michigan banking corporation, | |
| Plaintiff, | Case No. 1:09-cv-6578 |
| v. | The Honorable Robert M. Dow, Jr. |
| DONNA L. MALONE and MARK W. ANSTETT, | The Honorable Geraldine Soat Brown |
| Defendants. | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on **Tuesday, December 15, 2009,** at **9:15 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Robert M. Dow, Jr.** or any judge sitting in his stead in **Room 1978** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois and shall present **Fifth Third Bank's Motion to Approve Alternative Service**.

Dated: December 11, 2009

Respectfully submitted,

FIFTH THIRD BANK, an Ohio Banking Corporation, successor by merger to Fifth Third Bank, a Michigan Banking Corporation

By:/s/ Amy R. Jonker _____
            One of its Attorneys

Patrick T. Stanton (ARDC #6216899)
Melanie Miles (ARDC #6294469)
Amy R. Jonker (ARDC #6283174)
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Phone (312) 876-1700

CHICAGO\2834706.1
ID\ARJ - 105710/0006