# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.2
### Eastern Division

Fifth Third Bank

                            Plaintiff,

v.                                                 Case No.: 1:09−cv−06578
                                                    Honorable Robert M. Dow Jr.

Donna L. Malone, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 15, 2009:

       MINUTE entry before Honorable Robert M. Dow, Jr:MOTION by Plaintiff Fifth Third Bank for service by publication to Approve Alternative Service [8] is entered and continued to 1/21/2010 at 9:00a.m. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.