UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
Eastern Division

Fifth Third Bank
                    Plaintiff,

v.                                    Case No.: 1:09−cv−06578
                                      Honorable Robert M. Dow Jr.

Donna L. Malone, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 20, 2010:

MINUTE entry before Honorable Robert M. Dow, Jr: Pursuant to Memorandum Opinion and Order, dated 1/20/2010, Plaintiffs motion [8] for an order directing service on Defendant Donna Malone pursuant to Federal Rule of Civil Procedure 4(e)(1) and 735 ILCS 5/2− 203.1 is granted to the extent and pursuant to the directions set forth below. The Court approves service of the summons and operative complaint on Ms. Malone through the combination of thefollowing methods: (a) mailing a copy of the summons and complaint in a sealed envelope with postage fully prepaid via regular and certified, return receipt requested mail addressed to Malone at her residence at 454 N. Aberdeen, Unit 25, Chicago, Illinois 60622; (b) mailing a copy of the summons and complaint in a sealed envelope with postage fully prepaid via regular and certified, return receipt requested mail addressed to her in care of her attorneys at Arnstein & Lehr, LLP; (c) delivering by hand a copy of the summons and complaint in a sealed envelope addressed to her in care of her attorneys at Arnstein & Lehr, LLP. Status hearing and motion hearing date of 1/21/2010 is stricken. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.